```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0172--CR (RRB)
                              "USA V FRANK BENJAMIN SAHUTSKE"
                              DEF 1.1 SAHUTSKE, FRANK BENJAMIN

                    Including terminated defendants, excluding terminated counsel
```

         Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
        Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                  Filed:  11/20/03
                 Closed:  03/10/04
      No. of Defendants:  1
         MJ Case Number:  A03-0314--MJ
                    AKA:
        Location status:  Released on Bond
             Trial date:  03/30/04
             Terminated:  YES
       Needs interpreter: NO
       Counsel of record: Kevin F. McCoy
                          Federal Public Defender
                          550 W. 7th Avenue, Suite 1600
                          Anchorage, AK 99501
                          907-646-3400
                          FAX 907-646-3480
                          Serve: YES
                           Type: FPD
                           Role: Pretrial/Trial


    PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record:  Steven Skrocki
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


    Counts re: DEF 1.1 SAHUTSKE, FRANK BENJAMIN

    Document         Count    Citation and Description                           Disposition
    ─────────        ─────    ────────────────────────                           ───────────
       1 -   1 IND     1      49:46504 INTERFERENCE WITH FLIGHT CREW (F)         Transferred
                                                                                 (27-3

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A03-0172--CR (RRB)
                              "USA V FRANK BENJAMIN SAHUTSKE"

                                    For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/20/03
            Closed: 03/10/04
No. of Defendants: 1


 Document #   Filed      Docket text
 _____   _____      _____

 NOTE -  1    11/20/03   [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/15/03 in
                         A03-0314MJ (JDR).

 NOTE -  2    11/20/03   Issued: Proposed Trial Date Setting for Arr to CMC for USDJ.

    1 -  1    11/20/03   [Re: DEF 1] PLF 1 Indictment.

    2 -  1    11/20/03   [Re: DEF 1] AHB Grand Jury Minutes re no bail set; set for arr & notify
                         USM; def in custody.

    3 -  1    11/20/03   [Re: DEF 1] Documents #2 through #7 transferred from: A03-0314 MJ (JDR).

    4 -  1    11/20/03   [Re: DEF 1] JDR Minute Order re the prelim hrg prev set for 11/21/03 at
                         3:30 p.m. in A03-314MJ (JDR) is hereby RESET as an Arr in Indt in this
                         case.  cc: USA, FPD, USM, USPO

    5 -  1    11/25/03   [Re: DEF 1] JDR Order regarding preparation for trial; disc conf cert
                         11/25/03; ptms due 12/11/03.  cc: USA, FPD

    6 -  1    11/25/03   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] of arr on Indt (held
                         11/21/03); def plead not guilty; ptms due 12/11/03; order re:
                         preparation for trial FILED; conditions of release remain as previously
                         set.   cc: USA, FPD, USM,PO

 NOTE -  3    11/26/03   Issued: Notice of Speedy Trial Act ddlns RRB.  cc: CMC

    7 -  1    11/26/03   [Re: DEF 1] RRB Minute Order setting trial by jury for 1/12/04 at 8:30
                         a.m. and FPTC for 1/6/04 at 2:00 p.m. in Courtroom #3.  cc: S. Skrocki,
                         K. McCoy, USM, USPO, jury clerk, MJ Roberts

    8 -  1    12/02/03   [Re: DEF 1] PLF 1 Discovery Conference  Certificate.

    9 -  1    12/11/03   DEF 1 Unopposed motion on shortened time to ext time on PTM's by 7 days
                         w/att aff.

   10 -  1    12/12/03   [Re: DEF 1] JDR Minute Order granting in part & denied in part unopposed
                         motion on shortened time to ext time on PTM's (9-1); govt to make avail
                         by COB 12/12 statements given by def & disclose any prior record def may
                         have; def's PTM's due 12/17/03. cc: USA, FPD

   11 -  1    12/16/03   DEF 1 Unopposed motion on shortened time to continue trial and request
                         that def appear telephonically.

   12 -  1    12/16/03   [Re: DEF 1] RRB Minute Order granting unopposed motion on shortened time
                         to continue trial and request that def appear telephonically (11-1).
                         The FPTC set 1/6/04 at 2:00 p.m. will be utilized as a trial
                         rescheduling conference.  Def may appear telephonically.  cc: S.
                         Skrocki, K. McCoy, USM, USPO, Mj Roberts


 ACRS: R_RDSDX             As of 02/07/06 at 11:44 AM by NON-NET                          Page 1
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A03-0172--CR (RRB)
                              "USA V FRANK BENJAMIN SAHUTSKE"

                                        For all filing dates
```

```
Document #    Filed      Docket text

  13 -   1   01/07/04   [Re: DEF 1] RRB Court Minutes [ECR: Denali Elmore] trial rescheduling
                        conference held 1/7/04.  Unopposed motion on shortened time to continue
                        trial granted.  TBJ set for 1/12/04 is vacated.  TBJ is reset for
                        3/29/04.  TBj estimated to last 3 - 4 days.  FPTC set for 3/22/04 at
                        9:15 a.m.  Def may appear telephonically at fptc.  Conditions of release
                        remain as prviously set.   cc: S. Skrocki, K. McCoy, USM, USPO, JC, MJ
                        Roberts

  14 -   1   01/07/04   [Re: DEF 1] RRB Order of excludable delay under section
                        3161(h)(8)(A)(B), for a total of 60 days.

  15 -   1   01/27/04   [Re: DEF 1] RRB Minute Order re: Trial will begin 3/30/04 at 8:30 a.m.
                        or as otherwise scheduled at the final pretrial conference 3/22/04 at
                        9:15 a.m.  cc: S. Skrocki, K. McCoy, USM, USPO, MJ Roberts

  16 -   1   02/02/04   DEF 1 motion to change place of trial from the District of Alaska to The
                        Eastern District of Michigan.

  17 -   1   02/02/04   DEF 1 motion to dismiss Indictment w/att memo.

  17 -   2   02/02/04   DEF 1 motion for a bill of particulars w/att memo.

  18 -   1   02/02/04   DEF 1 motion for schedulig & planning conference to schedule motions.

  19 -   1   02/04/04   [Re: DEF 1] JDR Order granting motion for scheduling & planning
                        conference to schedule motions (18-1); S&P conf set for 2/5/04 at 9:30
                        a.m. cc: USA, FPD, USM, USPO

  20 -   1   02/05/04   [Re: DEF 1] JDR Court Minutes [ECR: Natalie Day] of S&P Conf (held
                        2/5/04); new ptms ddln: 2/13/04; govt's oral mot for ext to file oppos
                        to previously filed mots GRANTED; oppo to mot to dismiss/bill of
                        particulars due 2/13/04.  cc: USA, FPD

  21 -   1   02/13/04   (VACATED PER MINUTE ORDER AT DKT 25) [Re: DEF 1] RRB Minute Order
                        granting motion to change place of trial from the District of Alaska to
                        The Eastern Division (16-1); terminating in light of this order: motion
                        to dismiss Indt, or in the alternative, for a bill of particulars
                        (17-1).  cc: AUSA, FPD, USM, USPO, MJ Roberts, Eastern District of
                        Michigan, JC

  22 -   1   02/13/04   [Re: DEF 1] PLF 1 oppo to DEF 1 mot to change place of trial from the
                        District of AK to the Eastern District of Michigan (16-1).

  23 -   1   02/13/04   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss Indictment w/att
                        memo. (17-1), DEF 1 motion for a bill of particulars (17-2) w/att exh.

  24 -   1   02/20/04   [Re: DEF 1] PLF 1 motion for reconsideration of Court's order 2/13/04
                        granting defendant's motion and change trial to the Eastern District of
                        Michigan.

  25 -   1   02/23/04   [Re: DEF 1] RRB Minute Order granting motion for reconsideration of
                        Court's order 2/13/04 granting defendant's motion to Change Place of
                        Trial (24-1).  The minute order at dkt 21 is hereby VACATED.  cc: S.
                        Skrocki, K. McCoy, USM, USPO

  26 -   1   02/24/04   DEF 1 reply to opposition to DEF 1 motion to change place of trial from
                        the District of Alaska to The Eastern District of Michigan (16-1).
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A03-0172--CR (RRB)
                              "USA V FRANK BENJAMIN SAHUTSKE"

                                      For all filing dates
```

```
Document #    Filed       Docket text
```

   27 -   1   03/09/04    [Re: DEF 1] RRB Order granting motion to change place of trial from the
                          District of Alaska to The Eastern District of Michigan (16-1).   cc:
                          AUSA, FPD, USM, USPO, MJ Roberts, JC, Eastern District of Michigan

   27 -   2   03/09/04    [Re: DEF 1] Clerk's Notice terminating in light of this order: motion to
                          dismiss Indictment (17-1).

   28 -   1   03/09/04    Initial R&R recommends DENYING re: DEF 1 motion to dismiss Indictment
                          (17-1). Objections due 03/16/04. Reply due 03/22/04. cc: USA, FPD, Judge
                          Beistline

   29 -   1   03/09/04    [Re: DEF 1] JDR Order granting as stated re: motion for a bill of
                          particulars (17-2).   cc: USA, FP

   27 -   3   03/10/04    [Re: DEF 1] RRB Statical Closing.